IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARIO A. CHANDLER,
    Plaintiff,

vs.                                 CASE NO.:  3:08cv130/MCR/MD

JAMES D. KIRKLAND, et al.,
    Defendants.
_____/

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on April 8, 2008, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This cause is DISMISSED WITHOUT PREJUDICE as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for plaintiff's abuse of the judicial process.

3. The clerk is directed to close the file.

DONE AND ORDERED this 9th day of May, 2008.

                          *s/ M. Casey Rodgers*
                          M. CASEY RODGERS
                          UNITED STATES DISTRICT JUDGE